SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
CALVIN CROSS AND TRALON ELLIS,                Index No.: 516493/2018

                                       Plaintiff,        **JUDGMENT**

      -against-

WOODBINE CATERERS, D/B/A WOODBINE
BALLROOM, DAVID OSWALD, 2281 CHURCH AVE.
LLC, AND BAD DOG SECURITY, LLC.,

                                     Defendants.
-----------------------------------------------------------------------X

      Plaintiff CALVIN CROSS (hereinafter "Cross'), AND TRALON ELLIS (hereinafter "Ellis"), (collectively hereinafter "Plaintiffs'), having commenced this action by Summons and Complaint, on August 14, 2018, Defendants WOODBINE CATERERS, D/B/A WOODBINE BALLROOM, DAVID OSWALD, 2281 CHURCH AVE. LLC, AND BAD DOG SECURITY, LLC., ("Defendants") having Defaulted, and Plaintiff Filed A Motion For Default Judgment Dated February 10, 2020, which said motion was granted by the Court (Hon. Carl J. Landicino, J.S.C.) by decision and order dated June 21, 2021. On March 1, 2022, an inquest was held before the Hon. Miriam Sunshine, special referee, wherein the Court directed the Clerk of the Court to enter judgment in favor of Plaintiff Cross and against Defendants in the total amount of $400,000.00 and the Court directed the Clerk of the Court to enter judgment in favor of Plaintiff Ellis and against Defendants, in the total amount of $250,000.00, in the total amount of $625,000.00 collectively for both Plaintiffs.

      NOW, upon the motion of Mark David Shirian P.C., attorneys for Plaintiffs, it is hereby:

      **ADJUDGED,** that Plaintiff Calvin Cross, residing at 1823 Nostrand Ave Brooklyn, NY 11226, recovers from Defendants WOODBINE CATERERS d/b/a WOODBINE BALLROOM, located at 2281 CHURCH AVENUE BROOKLYN, NEW YORK, 11226, DAVID OSWALD, located at 1232 EAST 69th STREET BROOKLYN, NY 11235 and 2281 CHURCH AVENUE BROOKLYN, NEW YORK, 11226, 2281 CHURCH AVE LLC, located at 1232 EAST 69th STREET BROOKLYN, NY 11235, and BAD DOG SECURITY, LLC, located at 185 E 59th Street Brooklyn, NY 11203, having Defaulted, and Plaintiff Filed A Motion For Default Judgment Dated February 10, 2020 , the sum of $400,000.00, plus interest from June 21, 2021, in the sum of $ **$30,500.00** and Plaintiff Cross shall have execution therefor.
                            **for a total of $430.500.00**

      **ADJUDGED,** that Plaintiff Tralon Ellis, residing at 1823 Nostrand Ave Brooklyn, NY 11226, recovers from Defendants WOODBINE CATERERS d/b/a WOODBINE BALLROOM, located at 2281 CHURCH AVENUE BROOKLYN, NEW YORK, 11226, DAVID OSWALD, located at 1232 EAST 69th STREET BROOKLYN, NY 11235 and 2281 CHURCH AVENUE

BROOKLYN, NEW YORK, 11226, 2281 CHURCH AVE LLC, located at 1232 EAST 69th STREET BROOKLYN, NY 11235, and BAD DOG SECURITY, LLC, located at 185 E 59th Street Brooklyn, NY 11203, having Defaulted, and Plaintiff Filed A Motion For Default Judgment Dated February 10, 2020 , the sum of $250,000.00, plus interest from June 21, 2021, in the sum of **$19,062.50**, and Plaintiff Ellis shall have execution therefor.

for a total of **$269,062.50**

**ADJUDGED,** that Plaintiff Tralon Ellis and Calvin Cross recovers costs to be recovered from all defendants jointly and severally by both Plaintiffs in the sum of $ **$1,710.50**, and Plaintiffs shall have execution therefor.

*Nancy T. Sunshine*
CLERK

**FILED**

2022 APR 26 PM 3:02

**KINGS COUNTY CLERK**

FEE _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
CALVIN CROSS AND TRALON ELLIS,                    Index No.: 516493/2018

                              Plaintiff,          **COSTS AND**
        -against-                                       **DISBURSEMENTS**

WOODBINE CATERERS, D/B/A WOODBINE 6
BALLROOM, DAVID OSWALD, 2281 CHURCH AVE.
LLC, AND BAD DOG SECURITY, LLC.,

                             Defendants.
-----------------------------------------------------------------------X

## DISBURSEMENTS

Fee for Index Number CPLR 8108(a)..................................................$210.00

Serving copy summons and complaint..............................................~~$173.85~~ **$140.00**

Serving motion..................................................................................~~$149.65~~

Request for judicial intervention.......................................................$95.00

Subpoenaed records service (see attached) .....................................$270.00

Motion fee.......................................................................................~~$45.00~~ **$90.00**

Note of Issue fee..............................................................................~~$95.00~~ **$30.00**

Transcript from inquest.....................................................................$175.50

                            Total          ~~$1,214.00*~~
                                               **$1,710.50**

*On behalf of both Plaintiffs.

**Costs:**
**Before NOI**    $200.00
**After NOI**      $200.00
**Inquest:**        $300.00

FILED
2022 APR 26 PM 3:02
KINGS COUNTY CLERK

Psp Process Server Pro
88-18 Sutphin Blvd Suite 201
Jamaica, NY 11435

STATEMENT 2180
Created: Jan 15, 20

MARK DAVID SHIRIAN P.C.
MARK SHIRIAN
228 EAST 45TH STREET SUITE 1700B
NEW YORK, NY 10017

PAY TO:
Psp Process Server Pro
88-18 Sutphin Blvd Suite 30
Jamaica, NY 11435

| Case: | 516493/2018 | Plaintiff / Petitioner: | CALVIN CROSS, TRALON ELLIS |
|---|---|---|---|
| Court: | SUPREME COURT | Defendant / Respondent: | WOODBINE CATERERS d/b/a WOODBINE BALLROOM et al. |

| Invoice | Recipient | Issued | Status | Total | Balance |
|---|---|---|---|---|---|
| 6541309 | KINGS COUNTY MEDICAL CENTER | Jan 15, 2022 | Issued | $90.00 | $90.00 |
| 6541295 | AHAVA MEDICAL | Jan 15, 2022 | Issued | $90.00 | $90.00 |
| 6541247 | KINGS COUNTY HOSPITAL CENTER | Jan 15, 2022 | Issued | $90.00 | $90.00 |

Total: $270.00
Amount Paid: ($0.00)
Balance Due: $270.00

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---|---|---|---|---|---|
| $270.00 | $90.00 | | | $130.00 | $490.00 |

Psp Process Server Pro • 88-18 Sutphin Blvd Suite 201, Jamaica, NY 11435

Call: (718) 206-3700 • Email: alwaysforward22@gmail.com • Visit: legalserverpros.com

ATTORNEY AFFIRMATION

State of New York

County of New York

      MARK D. SHIRIAN, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms under penalties of perjury and pursuant to CPLR 2106, as follows,

      I am a member of the law firm of Mark David Shirian P.C., attorneys for the Plaintiff in the above-entitled action; and as such, I am familiar with the facts and circumstances of the above captioned action; and that the foregoing costs are correct and were necessarily incurred in this action and are reasonable in amount; and that the services for which fees have been charged were actually and necessarily performed and are reasonable in amount.

Dated: New York, New York
         April 26, 2022

                        YOURS, ETC.
                        MARK DAVID SHIRIAN P.C.
                        Attorneys for Plaintiffs
                        228 East 45th Street, Suite 1700-B
                        New York, New York 10017
                        (212) 931-6530

By: _____
      MARK D. SHIRIAN

**FILED**

2022 APR 26 PM 3:02

**KINGS COUNTY CLERK**

FEE _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.: 516493/2018

CALVIN CROSS AND TRALON ELLIS,

                              Plaintiff,

-against-

WOODBINE CATERERS, D/B/A WOODBINE 6 BALLROOM, DAVID OSWALD, 2281 CHURCH AVE. LLC, AND BAD DOG SECURITY, LLC,

                              Defendants.

## *Judgment*

**MARK DAVID SHIRIAN P.C.**
Attorneys for Plaintiffs
**CALVIN CROSS AND TRALON ELLIS**
Office & P.O. Address
228 East 45th Street, Suite 1700B
New York, New York 10017
(212) 931-6530

TO:

Service of a copy of the within      is hereby admitted.
Dated:

_____

                                                Attorney(s) for

# FILED

2022 APR 26 PM 3:02

**KINGS COUNTY CLERK**

FEE _____