| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2024071800819001001EC1B1 |
|---|---|

<table>
<tr><td colspan="2" align="center">RECORDING AND ENDORSEMENT COVER PAGE</td><td>PAGE 1 OF 4</td></tr>
<tr><td>Document ID: 2024071800819001</td><td>Document Date: 07-18-2024</td><td>Preparation Date: 07-18-2024</td></tr>
<tr><td colspan="3">Document Type: DEED<br>Document Page Count: 3</td></tr>
<tr><td colspan="2">PRESENTER:<br>DENRICK W COOPER<br>207-23 HILLSIDE AVENUE<br>QUEENS VILLAGE, NY 11427<br>718-479-9500<br>PERKINS19J@AOL.COM</td><td>RETURN TO:<br>DENRICK W COOPER<br>207-23 HILLSIDE AVENUE<br>QUEENS VILLAGE, NY 11427<br>718-479-9500<br>PERKINS19J@AOL.COM</td></tr>
</table>

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 8355 | 60 | Entire Lot | 1232 EAST 69TH STREET |

Property Type: DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year_____Reel____Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER:<br>OSWALD DAVID<br>2281 CHURCH AVENUE<br>BROOKLYN, NY 11226 | GRANTEE/BUYER:<br>2281 CHURCH AVE LLC<br>2281 CHURCH AVENUE<br>BROOKLYN, NY 11226 |
|---|---|

### FEES AND TAXES

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    07-24-2024 11:11
City Register File No.(CRFN):
2024000189683

*City Register Official Signature*

Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 18th day of JULY, in the year 2024

BETWEEN OSWALD DAVID, 2281 CHURCH AVENUE, BROOKLYN, NEW YORK 11226

party of the first part, and 2281 CHURCH AVE LLC, WITH OFFICES LOCATED AT 2281 CHURCH AVENUE, BROOKLYN, NEW YORK 11226
party of the second part,

WITNESSETH, that the party of the first part, in consideration of

dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SCHEDULE 'A' ATTACHED

SAID PREMISES BEING KNOWN AS 1232 EAST 69TH STREET, BROOKLYN, NEW YORK, 11234, BLOCK NUMBER 8355, LOT NUMBER 60

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____              _Oswald David_____
                                                OSWALD DAVID

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|
| State of New York, County of QUEENS, ss: | State of New York, County of , ss: |
| On the 19th day of JULY in the year 2024, before me, the undersigned, personally appeared OSWALD DAVID, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. | On the day of in the year , before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. |
| *(signed) Beverly Perkins* NOTARY PUBLIC  BEVERLY G. PERKINS Commissioner of Deeds City of New York - No. 3-3639 Certificate Filed in Queens County Commission Expires: July 1, 2025 | NOTARY PUBLIC  SEAL |

| ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE |
|---|---|
| State of New York, County of , ss: | State of , County of , ss: |
| On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto. | On the day of in the year , before me, the undersigned personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken). |
| NOTARY PUBLIC | NOTARY PUBLIC |

## Bargain & Sale Deed
## With Covenants
OSWALD DAVID
TO
2281 CHURCH AVE LLC

**Title Company:**

**Title Number:**

COUNTY: KINGS

TOWN/CITY:

PROPERTY ADDRESS: 1232 EAST 69TH STREET
BROOKLYN, NEW YORK 11234

SECTION:

BLOCK: 8355

LOT: 60

**THIS FORM IS DISTRIBUTED BY**

JUDICIAL TITLE
T: 800-281-TITLE   F: 800-FAX-9396

**RETURN BY MAIL TO:**
DENRICK COOPER, ESQ.
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

## Schedule A Description

Title Number FCA-4223K                                                                        Page    1

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

Beginning at a point on the southwesterly side of East 69th Street, distant 219 feet 6 inches southeasterly from the corner formed by the intersection of the southwesterly side of 69th Street and the southeasterly side of Avenue L;

Running Thence Southwesterly parallel with Avenue _, 150 feet;

Thence Southeasterly parallel with East 69th Street, 29 feet 10-1/2 inches;

Thence Northeasterly parallel with Avenue L and part of the distance through a party wall, 150 feet to the southwesterly side of East 69th Street;

Thence Northwesterly along the southwesterly side of East 69th Street 29 feet 10-1/2 inches to the point or place of Beginning.

Said premises being known as 1232 East 69th Street, Brooklyn, New York.

Said premises being known and intended to be the same premises as conveyed to the party of the first part herein by deed recorded in Reel 5075 Page 1877.


For Conveyancing Only
Together with all right title and interest of in and to any street and road abutting the above described premise.

Our policies of title insurance include such buildings and improvement thereon which by law constitute real property, unless specifically excepted therein. Now is the time to determine whether we have examined all of the property and easements your desire to be insured. If there are appurtenant easements to be insured please request such insurance. In some cases, our rate manual provides for an additional charge for such insurance.

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2024071800819001001S0F30 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|
| **Document ID:** 2024071800819001　　Document Date: 07-18-2024 | Preparation Date: 07-18-2024 |
| Document Type: DEED | |

**ASSOCIATED TAX FORM ID:**　2024071700258

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
## STATE BOARD OF REAL PROPERTY SERVICES
## RP - 5217NYC

**FOR CITY USE ONLY**
- C1. County Code: [ ]
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book: [ ]
- C4. Page: [ ]
- C5. CRFN: [ ]

### PROPERTY INFORMATION

1. **Property Location**: 1232 EAST 69TH STREET, BROOKLYN, 11234
2. **Buyer Name**: 2281 CHURCH AVE LLC
3. **Tax Billing Address**: (blank)
4. **Number of Assessment Roll parcels transferred on the deed**: 1
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. **Deed Property Size**: (blank front feet) X (blank depth) OR (blank acres)
6. Ownership Type is Condominium: [ ]
7. New Construction on Vacant Land: [ ]
8. **Seller Name**: DAVID OSWALD

9. Use of property at time of sale:
   - B [✓] 2 or 3 Family Residential

### SALE INFORMATION

10. **Sale Contract Date**: 7/18/2024
11. **Date of Sale / Transfer**: 7/18/2024
12. **Full Sale Price**: $0
13. Value of personal property included in the sale: (blank)

14. Conditions applicable to transfer:
   - J [✓] None

### ASSESSMENT INFORMATION

15. **Building Class**: K2
16. **Total Assessed Value**: 59,789
17. **Borough, Block and Lot / Roll Identifier(s)**: BROOKLYN 8355 60

**CITY REGISTER**
**JUL 22 2024**

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

BUYER: [signature] Donald Hand    DATE: 7/18/24

BUYER'S ATTORNEY
LAST NAME: 
FIRST NAME:

STREET NUMBER: 2281    STREET NAME (AFTER SALE): CHURCH AVENUE

AREA CODE:    TELEPHONE NUMBER:

CITY OR TOWN: BROOKLYN    STATE: NY    ZIP CODE: 11226

SELLER: [signature] Donald Hand    DATE: 7/18/24

2024071700258201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
County of Queens } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

__1232 EAST 69TH STREET__ , _____ ,  
Street Address Unit/Apt.

__BROOKLYN__ New York, __8355__ __60__ (the "Premises");  
Borough             Block    Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

__Oswald David__  
Name of Grantor (Type or Print)

__2281 Church Ave LLC, by Oswald David, Sole member__  
Name of Grantee (Type or Print)

Signature of Grantor

Signature of Grantee

Sworn to before me this __18th__ day of __July__ 20__24__  
BEVERLY G. PERKINS  
Commissioner of Deeds  
City of New York - No. 3-3639  
Certificate Filed in Queens County  
Commission Expires: July 1, 20__25__

Sworn to before me this __18th__ day of __July__ 20__24__  
BEVERLY G. PERKINS  
Commissioner of Deeds  
City of New York - No. 3-3639  
Certificate Filed in Queens County  
Commission Expires: July 1, 20__25__

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

SEAL

SEAL

2024071700258101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1) Property receiving service: BOROUGH: BROOKLYN    BLOCK: 8355    LOT: 60

(2) Property Address: 1232 EAST 69TH STREET, BROOKLYN, NY 11234

(3) Owner's Name:    2281 CHURCH AVE LLC

   Additional Name:

## Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

### Please Note:

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _Donald Manind_

Signature: _[signature]_   7/18/24 Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

ICS-7CRF-ACRIS  REV. 8/08

2024071700258101