UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

2281 CHURCH AVENUE LLC,

                    Debtor.
------------------------------------------------------------------X

Chapter 11
Case No. 24-43449-jmm
(Subchapter V)

## CERTIFICATE OF SERVICE

     I, Anthony F. Giuliano, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on February 19, 2025, I caused to be served a copy of the Objection to Debtor's First Amended Subchapter V Plan, together will all exhibits on all parties to this proceeding, via Electronic Document Filing System (ECF) and by regular mail, postage paid, to those parties on the attached Service List that have not consented, nor have been deemed to have consented to electronic service.

Dated: Melville, New York
        September 8, 2022

                                   Respectfully Submitted,

                    By:    /s/ Anthony F. Giuliano
                             Anthony F. Giuliano
                             Giuliano Law, P.C.
                             445 Broadhollow Road
                             Suite 25
                             Melville, NY 11747
                             Tel. (516) 792-9800
                             Email. afg@glpcny.com

See Attached Service List

Label Matrix for local noticing
0207-1
Case 1-24-43449-jmm
Eastern District of New York
Brooklyn
Wed Feb 19 11:00:26 EST 2025

2281 Church Avenue LLC
2281 Church Avenue
Brooklyn, NY 11226-4468

1
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

American Express
PO Box 1270
Newark, NJ 07101-1270

Barclays
PO Box 13337
Philadelphia, PA 19101-3337

Bonnie L. Pollack, Esq.
Cullen and Dykman LLP
333 Earle Ovington Boulevard, 2nd Fl.
Uniondale, NY 11553-3623

Calvin Cross
Tralon Ellis
c/o Bernard D'Orazio & Associates,
238 West 139th Street
New York, NY 10030-2109

Calvin Cross
c/o Law Offices of Bernard D'Orazio
238 West 139th Street
New York, NY 10030-2109

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Flushing Bank
P.O. Box 371306
Pittsburgh, PA 15250-7306

Flushing Bank
c/o Cullen and Dykman LLP
Attn Bonnie Pollack
333 Earle Ovington Blvd, 2nd Floor
Uniondale, NY 11553-3623

Khalil Hamed
2766 Bedford Avenue
Brooklyn, NY 11210

Kyriaki Christodoulou, Esq.
Cullen and Dykman LLP
One Battery Park Plaza, 34th Fl.
New York, New York 10004-1411

Mark David Shirian, P.C.
228 East 45th Street Suite 1700B
New York, NY 10017-3303

NYC Water Board
59-17 Junction Blvd.
Flushing, New York 11373-5188

NYC Water Board
825 East Gate Blvd. Suite 308
Newark, NJ 07101

NYC Water Board
Richard J Costa
Senior Counsel - Bureau of Legal Affairs
59-17 Junction Blvd, 13th Fl
Elmhurst, NY 11373-5188

National Grid
One MetroTech-Center
345 Jay Street
Brooklyn, New York 11201-3813

National Grid
PO Box 371416
Pittsburgh, PA 15250-7416

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1415

PHH Mortgage Services
P.O. Box 24736
West Palm Beach, FL 33416-4736

Robert Gonzalez Dominguez
2184 Bedford Avenue
Brooklyn, NY 11226-3210

Sarrazin
274 Willougby Street
Brooklyn, NY 11205-1447

Synchrony Bank
PO Box 71715
Philadelphia, PA 19176-1715

Tralon Ellis
c/o Law Offices of Bernard D'Orazio
238 West 139th Street
New York, NY 10030-2109

Woodbine Caterers
2281 Church Avenue
Brooklyn, NY 11226-4476

Gerard R Luckman Esq.
Subchapter V Trustee
Forcelli Deegan Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553-3645

Kamini Fox
Kamini Fox, PLLC
825 East Gate Blvd.
Suite 308
Garden City, NY 11530-2141