

Cullen and Dykman LLP
The Omni Building
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.357.3700
F: 516.357.3792

**Bonnie L. Pollack, Esq.**
*Partner*
*Direct Dial: (516) 296-9143*
*bpollack@cullenllp.com*

October 9, 2025

<u>**VIA ECF**</u>

Chambers of the Honorable Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      Re:    2281 Church Avenue LLC
               <u>Case No. 24-43449 (JMM)</u>

Dear Judge Mazer-Marino:

      This firm represents Flushing Bank ("Flushing") in connection with the above matter. At the hearing which took place on October 8, 2025 on Flushing's motion to convert Debtor's case, an agreement was reached on the record for the sale of the Debtor's Church Avenue property within a time certain. That agreement was accepted, on the record, by the wife of the Debtor's principal. In reliance on that, I forwarded to Debtor's counsel a consent order and proposed bid procedures in the event an auction sale was needed.

      Today, Debtor's counsel advised the undersigned and the subchapter V trustee that "The Debtor's principal's wife, Debbie Harris, just informed me that she is seeking other bankruptcy counsel and no longer wishes for me to work on this case," and that she would be filing a motion to be relieved as counsel.

      Flushing believes that the Debtor's representative purposefully misled the participants of the hearing as to their willingness to agree to the sale process in order to avoid conversion of the Debtor's case at the hearing. Flushing believes that this latest action by the Debtor is a continuation of the Debtor's bad faith throughout the case, to the detriment of Flushing and all creditors. As a result, Flushing requests that the Court enter an order converting the case to one under chapter 7 of the Bankruptcy Code. Flushing will submit an order if that is the Court's preference. Alternatively, Flushing requests that the Court conduct a telephonic or zoom conference this week to address these latest actions.

Thank you for your courtesies and consideration with this matter.

Respectfully,

*Bonnie Pollack*

Bonnie L. Pollack

cc: Kamini Fox, Esq. (via email)
    Gerard Luckman, Esq. (via email)