

**Bonnie L. Pollack, Esq.**
*Partner*
*Direct Dial: (516) 296-9143*
bpollack@cullenllp.com

October 27, 2025

**VIA ECF**

Chambers of the Honorable Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      Re:    2281 Church Avenue LLC
               Case No. 24-43449 (JMM)

Dear Judge Mazer-Marino:

      This firm represents Flushing Bank ("Flushing") in connection with the above matter. At a conference on October 16, 2025, your Honor asked the undersigned to file a proposed Order converting the case to chapter 7 by Friday October 17, 2025, which was done. Debtor's counsel was to file a counter proposed order by that same date, which she did not do. The order has not yet been entered.

      We learned today that on October 14, 2025, *after* the hearing which took place on October 8, 2025 on Flushing's motion to convert Debtor's case at which an agreement was reached on the record for the sale of the Debtor's Church Avenue property within a time certain, the Debtor actually transferred title of the Church Ave. Property to Ms. Harris. A copy of the deed is attached. This an outright fraud. We note that this transfer was kept from the Court at the October 16, 2025 hearing, and was allegedly made by someone who the Debtor has asserted is in such ill health, he could not attend a hearing. We again ask that the order converting the case be immediately entered, so that the Trustee can void the transfer and sell the Property. Flushing also requests a hearing to determine wither the Debtor and Ms. Harris should be sanctioned. This type of behavior cannot be tolerated.

Thank you for your courtesies and consideration with this matter.

                                              Respectfully,

                                              ***Bonnie Pollack***

                                              Bonnie L. Pollack

cc: Kamini Fox, Esq. (via email)
     Gerard Luckman, Esq. (via email)