| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2025101400579001001E55CD |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 3

**Document ID:** 2025101400579001  **Document Date:** 09-30-2025  **Preparation Date:** 10-14-2025
**Document Type:** DEED
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| TRIBOROUGH LAND SERVICES<br>PO BOX 3200<br>WANTAGH, NY 11793 | TRIBOROUGH LAND SERVICES CTSY-917822<br>PO BOX 3200<br>WANTAGH, NY 11793 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5089 | 48 | Entire Lot | 2281 CHURCH AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page____ or File Number_____

### PARTIES

| GRANTOR/SELLER:<br>2281 CHURCH AVE LLC<br>2281 CHURCH AVENUE<br>BROOKLYN, NY 11226 | GRANTEE/BUYER:<br>DEBBIE A. HARRIS<br>814 LINDEN BLVD<br>BROOKLYN, NY 11203 |
|---|---|

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed  10-15-2025 10:39
City Register File No.(CRFN): 2025000279774

*City Register Official Signature*

CTS4-917822

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 30TH day of September 2025 ,

BETWEEN

2281 CHURCH AVE LLC, WITH OFFICES LOCATED AT 2281 CHURCH AVENUE, BROOKLYN, 11226

party of the first part, and

DEBBIE HARRIS, residing at 814 Linden Blvd., Brooklyn, NY 11203

party of the second part,
WITNESSETH, that the party of the first part, in consideration of

TEN dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Church Avenue and the westerly side of Bedford Avenue;

RUNNING THENCE northerly along the westerly side of Bedford Avenue, 100 feet;

RUNNING THENCE westerly, parallel with Church Avenue, 62 feet 10-5/8 inches to land now or late of Elizabeth Leahy

RUNNING THENCE southerly along land now or late or late Elizabeth Leahy, 99 fee t11-3/4 inches to the northerly side of Church Avenue; and

RUNNING THENCE easterly, along the northerly side of Church Avenue, 63 feet 11-1/4 inches to the corner, the point or place of BEGINNING.

Note: Being Lot(s) Lot: 48, Block: 5089; Tax Map of the Brooklyn, County of KINGS, State of NEW YORK

B-5089
L-48

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of t he first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
2281 CHURCH AVE LLC
David C. Oswald
Sole member

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Kings, ss:

On the 30th day of September in the year 2025, before me, the undersigned, personally appeared 2281 Church Ave LLC (David C. Oswald, sole member), personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

ROSALIND A BOLDEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6307693
Qualified in Nassau County
My Commission Expires 07-07-2026

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof);that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said
execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

_____
NOTARY PUBLIC

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

State of , County of , ss:

On the day of in the year , before me, the undersigned personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
NOTARY PUBLIC

## Bargain and Sale Deed
## With Covenants

2281 CHURCH AVE LLC

TO

DEBBIE HARRIS

Title Company:

Title Number:

THIS FORM IS DISTRIBUTED BY
∧∧∧
JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396

COUNTY: KINGS
TOWN/CITY: BROOKLYN
PROPERTY ADDRESS: 2281 CHURCH AVENUE

SECTION:
BLOCK: 5089
LOT: 48

**RETURN BY MAIL TO:**

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2025101400579001001S9B4C |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2025101400579001  Document Date: 09-30-2025  Preparation Date: 10-14-2025
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:**   2025093000129

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: BROOKLYN   BLOCK: 5089   LOT: 48

(2) Property Address: 2281 CHURCH AVENUE, BROOKLYN, NY 11226

(3) Owner's Name: HARRIS, DEBBIE A

Additional Name:

**Affirmation:**

 Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:
Signature: _Debbie Harris_   _9/30/2025_ Date (mm/dd/yyyy)
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2025093000129101

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | Month / Day / Year |
| C3. Book OR C5. CRFN | | C4. Page | |

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
# RP - 5217NYC

**PROPERTY INFORMATION**

**1. Property Location:** 2281 CHURCH AVENUE | BROOKLYN | 11226
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name:** HARRIS | DEBBIE A
LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** ___ FRONT FEET X ___ DEPTH OR ___ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**8. Seller Name:** 2281 CHURCH AVE LLC
LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ✔ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

**SALE INFORMATION**

**10. Sale Contract Date:** 9 / 30 / 2025

**11. Date of Sale / Transfer:** 9 / 30 / 2025

**12. Full Sale Price:** $ 0

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:**

**14. Check one or more of these conditions as applicable to transfer:**
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ✔ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** K, 2
**16. Total Assessed Value (of all parcels in transfer):** 536,850

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

BROOKLYN 5089 48

2025093000012920103

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | |
|---|---|---|---|

**BUYER**

Buyer Signature: *[signature] Debbie A. H*  Date: 09/30/2025

814 LINDEN BLVD
STREET NUMBER / STREET NAME (AFTER SALE)

BROOKLYN | NY | 11203
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME | FIRST NAME

AREA CODE | TELEPHONE NUMBER

**SELLER**

Seller Signature: *[signature]*  Date: 9/30/2025

2025093000129201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York } SS.:
County of Kings

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

2281 CHURCH AVENUE , ,
**Street Address Unit/Apt.**

BROOKLYN New York, 5089 48 (the "Premises");
**Borough** **Block** **Lot**

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

OSWALD DAVID, President | DEBBIE HARRIS
**Name of Grantor (Type or Print)** | **Name of Grantee (Type or Print)**

_(signature)_ | _Debbie Harris_
**Signature of Grantor** | **Signature of Grantee**

Sworn to before me | Sworn to before me
this 30th day of September 20 25 | this 30th day of December 20 25
ROSALIND A BOLDEN | ROSALIND A BOLDEN
NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6307693 | No. 01BO6307693
Qualified in Nassau County | Qualified in Nassau County
My Commission Expires 07-07-2026 | My Commission Expires 07-07-2026

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2025093000129101