UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

2281 Church Avenue LLC,

                      Debtor.

Chapter 11

Case No. 1-24-43449-jmm

-------------------------------------------------------------X

# ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONVERTED FROM A CHAPTER 11 TO A CHAPTER 7 CASE

**WHEREAS**, the above-captioned debtor (the "Debtor") filed a petition for relief under chapter 11 of the Bankruptcy Code; and

**WHEREAS**, under Bankruptcy Code Section 1112(b), a court shall convert a case under chapter 11 to a case under chapter 7 for cause; and

**WHEREAS**, under Bankruptcy Code Section 1112(b)(4), cause includes, "(B) gross mismanagement of the estate;" and

**WHEREAS**, Flushing Bank alleges that on October 14, 2025, Debtor transferred the property located at 2281 Church Ave, Brooklyn, New York, to Debbie Harris, who, upon information and belief, is the Debtor's principal's spouse.

**NOW, THEREFORE**, it is hereby:

**ORDERED**, that the Debtor and the Debtor's counsel are directed to appear at a hearing (the "Hearing") before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **November 6, 2025 at 1:00 p.m.** to show cause why this case should not be converted to a chapter 7 case; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by

videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than one (1) day prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that objections to the conversion of this case may be interposed at the Hearing; and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the Debtor, Debtor's counsel, the Office of the United States Trustee and all creditors and parties in interest by first class mail.



Dated: October 28, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge