UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In re:                                                    Chapter 11

                                                          Sub. V
    2281 CHURCH AVENUE LLC,
                                                          Case No.: 24-43449 (JMM)
                   Debtor.
------------------------------------X

**ORDER AMENDING ORDER CONDITIONALLY GRANTING
FLUSHING BANK'S MOTION TO CONVERT CHAPTER 11 CASE**

Upon the motion, dated August 11, 2025 [ECF 101] (the "Motion")[1] of Flushing Bank ("Flushing") for entry of an order converting this chapter 11 case to chapter 7, and for turnover of cash collateral, pursuant to § 1112(b) of the Bankruptcy Code; the Order Conditionally Granting Flushing Bank's Motion to Convert Chapter 11 Case [ECF 113] (the "October 28, 2025 Order"); the Further Order Conditionally Granting Flushing Bank's Motion to Convert Chapter 11 Case [ECF 119]; the Notice of Default of October 28, 2025 Order filed on behalf of Flushing [ECF 130]; the Debtor's Response to Notice of Default of October 28, 2025 Order [ECF 131] filed on behalf of 2281 Church Avenue LLC (the "Debtor"); the Letter Request for 14-Day Extension to File Sale Related Motion and Related Paperwork [ECF 132] filed on behalf of Debtor; the Letter filed on behalf of Flushing [ECF 133]; and upon the Stipulation and Order Authorizing Final Use of Cash and Other Collateral and Grant of Adequate Protection to Flushing Bank [ECF 42] (the "Cash Collateral Order"); and upon the full record of the case, it is ORDERED that;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. Paragraph 3 of the October 28, 2025 Order is modified to read as follows: If the Debtor has not accepted an offer by the end of the Marketing Period, the Debtor shall direct its Broker to advertise and conduct an auction of the Church Ave. Property (the "Auction"). Advertising for the Auction must commence by January 12, 2026. The Auction must commence by February 13, 2026 unless Flushing consents to an extension of the time for the Debtor to conduct the Auction. Flushing's right to credit bid at the Auction is preserved.

2. Paragraph 5 of the October 28, 2025 Order is modified to read as follows: By January 19, 2026 (the "Sale Motion Deadline"), the Debtor shall file a motion (the "Sale Motion") seeking: (a) bankruptcy court approval of a sale of the Church Ave. Property to the bidder submitting the highest or otherwise best bid at the Auction; and (b) approval of the bid procedures to be used in connection with the Auction.

3. Paragraph 6 of the October 28, 2025 Order is modified to read as follows: The Debtor shall file an application seeking a hearing on the Sale Motion on shortened notice in accordance with Rule 9077-1 of the Local Bankruptcy Rules for the Eastern District of New York.

4. The October 28, 2025 Order is modified to add the following after Paragraph 11: 12. The Debtor shall make payments due to Flushing for November, December and January under the Cash Collateral Order by January 16, 2026 and shall thereafter remain current on the Debtor's obligations under the Cash Collateral Order. The Debtor's failure to comply with this paragraph shall constitute a default under the October 28, 2025 Order in addition to a default under the Cash Collateral Order.

5. The October 28, 2025 Order shall otherwise remain in full force and effect.

35115048.v1

6. The Court may retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: January 7, 2026
      Brooklyn, New York



_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**

3